No. 51533.—Protests 87637–K, etc., of Louis M. Vordemberge et al. (Baltimore, etc.).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 22, 1947

No. 51534.—Protests 93538–K, etc., of C. R. Bard, Inc. (New York).

Opinion by TILSON, J.   It was stipulated that certain items of the merchandise consist of catheters and similar articles composed in chief value of synthetic gum the same in all material respects as the merchandise the classification of which was involved in *Bard* v. *United States* (T. D. 49189) and *Bard* v. *United States* (2 Cust. Ct. 244, C. D. 134).   In accordance therewith the claim at 20 percent under paragraph 1558 was sustained.

No. 51535.—Protests 71719–K, etc., of C. R. Bard, Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that certain items of the merchandise consist of catheters and similar articles composed in chief value of synthetic gum the same in all material respects as those passed upon in *Bard* v. *United States* (T. D. 49189) and *Bard* v. *United States* (2 Cust. Ct. 244, C. D. 134). In accordance therewith the claim at 20 percent under paragraph 1558 was sustained.

No. 51536.—Protests 504681–G, etc., of Acme Novelty Co. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51537.—Protests 984208–G, etc., of Alfred Friedman Co., Inc., et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.